UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:25-cr-50-01/05-SM-TSM |
| v. ) | |
| ) | Conspiracy to Interfere |
| ISAIAH FERRO, ) | With Commerce by Robbery |
| MARCO MARQUEZ VERA, ) | |
| ZAIRE BRADDOCK, ) | 18 U.S.C. § 1951 |
| NASAIAH JOHNSON, also known as ) | |
| CHRISTOPHER NASAIAH, and ) | |
| XIAO YU, ) | |
| Defendants ) | |
| ) | |

## INDICTMENT

The Grand Jury charges:

### Count One

[18 U.S.C. § 1951 – Conspiracy to Interfere With Commerce by Robbery]

By at least on or about April 7, 2025, in the District of New Hampshire, and elsewhere, the defendants,

**ISAIAH FERRO, MARCO MARQUEZ VERA, ZAIRE BRADDOCK,
NASAIAH JOHNSON** also known as **CHRISTOPHER NASAIAH,** and **XIAO YU,**

did knowingly, intentionally and unlawfully conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to unlawfully obstruct, delay, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that on April 7, 2025, the defendants did conspire confederate and agree to take and obtain property, including purses, wallets, and shoes, from in the presence of an employee of GlowingGu Corp. located in Londonderry, New Hampshire, a commercial enterprise engaged in the sale of items which traveled in and affected interstate commerce, against the employee's will by means of

actual and threatened force, violence, and fear of injury, immediate and future, to the employee's person.

In violation of Title 18, United States Code, Section 1951.

### NOTICE OF CRIMINAL FORFEITURE PURSUANT TO
### 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 924, AND 28 U.S.C. § 2461

The allegations of Count One of this Indictment are hereby re-alleged as if fully set forth herein and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 924, and 28 U.S.C. § 2461. Upon conviction of the offense alleged in Count One of this Indictment, the defendants, ISAIAH FERRO, MARCO MARQUEZ VERA, ZAIRE BRADDOCK, NASAIAH JOHNSON, and XIAO YU, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 924, and 28 U.S.C. § 2461, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the charged offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the charged offense.

Dated: June 11, 2025

A TRUE BILL

/s/ Foreperson
Foreperson of the Grand Jury

JOHN J. MCCORMACK
Acting United States Attorney

By: /s/ Anna Z. Krasinski
Anna Z. Krasinski
Assistant U.S. Attorney