# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Case No. 25-cr-50-SM-TSM |
| | : | |
| ISAIAH FERRO, et al. | : | |
| | : | |
| Defendants. | : | |

## Organizational Victim Statement

Under Fed. R. Crim. P. 12.4(b) and Local Rule 12.4.1(b), the government discloses that GlowingGu Corporation is an alleged victim in connection with the above-captioned case.

GlowingGu Corporation is a domestic nongovernmental corporation. To the best of the government's knowledge, GlowingGu Corporation has no parent corporation and no other publicly held corporation owns 10% or more of GlowingGu Corporation or its stock. To the best of the government's knowledge, GlowingGu Corporation has not publicly announced any agreement to merge with another publicly owned corporation.

    Respectfully submitted,

    JOHN J. MCCORMACK
    Acting United States Attorney

By: /s/ Anna Z. Krasinski
    Anna Z. Krasinski
    Assistant United States Attorney
    United States Attorney's Office
    53 Pleasant Street, 4th Floor
    Concord, New Hampshire 03301
    New Hampshire Bar No. 276778
    (603) 451-7851
    anna.krasinski@usdoj.gov