UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 25-cr-50-SM-TSM-4 |
| NASAIAH JOHNSON, | |
| Defendant. | |

## GOVERNMENT'S EXHIBIT LIST

The United States of America respectfully submits the following list of exhibits admitted into the record during the above-referenced defendant's bail hearing on December 17, 2025.

| Exhibit No. | Description |
|---|---|
| 1 | Screenshots from Security Camera at Penske Rental on 04/06/2025 |
| 2 | Screenshot from Security Camera at Home Depot on 04/07/2025 |
| 3 | Screenshot from Security Camera at Home Depot on 04/07/2025 |
| 4 | Screenshot from Security Camera Outside Building on 04/07/2025 |
| 5 | Screenshot from Security Camera Inside Building on 04/07/2025 |
| 6 | Screenshot from Security Camera Inside Building on 04/07/2025 |
| 7 | Screenshot from Security Camera Inside Building on 04/07/2025 |
| 8 | Screenshot from Security Camera Inside Building on 04/07/2025 |
| 9 | Screenshot from Security Camera Outside Building on 04/07/2025 |
| 10 | Screenshot from Security Camera Outside Building on 04/07/2025 |
| 11 | Screenshot from Security Camera Inside Building on 04/07/2025 |
| 12 | Screenshots from Police Bodycam and Security Camera Inside Building on 04/07/2025 |
| 13 | Screenshots from Police Bodycam and Security Camera Inside Building on 04/07/2025 |
| 14 | Screenshots from Police Bodycam and Security Camera Inside Building on 04/07/2025 |
| 15 | Screenshots from Police Bodycam and Security Camera Inside Building on 04/07/2025 |

        Respectfully submitted,

        ERIN CREEGAN
        United States Attorney

By:    */s/ Mike Shannon*
        MIKE SHANNON (BBO No. 685456)
        Assistant United States Attorney
        53 Pleasant Street, 4th Floor
        Concord, NH 03301
        (603) 225-1552
        michael.shannon@usdoj.gov

Dated:    December 17, 2025