# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NASAIAH JOHNSON<br><br>　Defendant. | Case No. 25-CR-50-SM-TSM-4 |

### Assented-to Motion to Seal at Level I:
### Unredacted Version of the Government's Exhibits 2 and 3

The United States of America respectfully moves to seal at Level I the unredacted versions of Government's Exhibits 2 and 3 introduced at the December 17, 2025, hearing on Johnson's motion to amend bail conditions. Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83.12(a)(1), the Court has authority to grant this motion. The government will provide the Clerk's Office with redacted versions of Government's Exhibits 2 and 3. The Court should seal these exhibits because they contain images of an unidentified individual who has not been charged in this case. Counsel for Johnson assents to this motion.

    Respectfully submitted,

    ERIN CREEGAN
    United States Attorney

By:    /s/ Anna Z. Krasinski
    Anna Z. Krasinski
    Assistant United States Attorney
    United States Attorney's Office
    53 Pleasant Street, 4th Floor
    Concord, New Hampshire 03301
    New Hampshire Bar No. 276778
    (603) 225-1552
    anna.krasinski@usdoj.gov

<u>Certificate of Service</u>

      I, Anna Krasinski, certify that I served a copy of this motion and the accompanying redacted version of the Government's Exhibits 2 and 3 to Johnson's attorney via e-mail on December 19, 2025.

                                                    <u>/s/ Anna Krasinski</u>