UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**IN RE THE MATTER OF:**

MARCO MARQUEZ VERA        Case No. 1:25-CR-50-01/05-SM-TSM
(Petitioner's name)                          (If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, MARCO MARQUEZ VERA

respectfully request appointment of counsel to represent me as a criminal defendant.

I am financially unable to hire counsel. A completed Financial Affidavit is attached. I declare under penalty of perjury that the foregoing is true and correct.

Date: 1/14/2026

Marco
Signature of Petitioner

## RULING BY JUDICIAL OFFICER

☐ Request Approved. Appoint counsel.

☐ Request Denied.

Date: _____    _____
                                                    United States Magistrate Judge

USDCNH-17 (Rev. 4/2018) (Previous Editions Obsolete)