# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| United States of America | ) |
|  | ) |
|  | ) |
| | ) Case No. 1:25-CR-00050-SM-TSM |
| v. | ) |
|  | ) |
| Ferro, et al., | ) |
|  | ) |
| Defendants | ) |
|  | ) |

## Partially Assented-to Motion to Continue
## Trial Filed by Defendant Xiao Yu

Defendant, Xiao Yu, through counsel, respectfully requests that the Court continue the final pretrial, currently scheduled for April 7th, and the trial, currently scheduled to begin on April 21st, 2026. As grounds for this motion, defendant Yu states the following.

1. Mr. Yu and the government are currently negotiating to attempt to resolve this case by plea agreement.

2. Counsel certifies that Mr. Yu has been notified of the request to continue the trial, Mr. Yu understands that by seeking a continuance, he is waiving his constitutional and statutory rights to a speedy trial, the defendant personally assents to the continuance, and counsel is emailing a copy of the motion to continue to the defendant forthwith.

3. No party will be prejudiced by granting this motion, and the interests of justice and judicial economy will be served by continuing the case until sometime in late summer 2026.

4. Efforts to reach out to the government by email and phone have been unsuccessful.

5. Similarly, efforts to reach out to David Rothstein, counsel for Marco Marquez Vera, have been unsuccessful.

6. Richard F. Monteith Jr., counsel for Nasaiah Johnson, has assented to the motion to continue.

7. Counsel for defendants Ferro and Braddock have change of plea hearings scheduled; therefore, their assent to this motion was not sought.

**WHEREFORE,** Defendant, Xiao Yu, respectfully requests that the Court grant this motion to continue the trial until the court's trial period beginning on August 18, 2026.

Respectfully submitted,

Defendant, Xiao Yu,
by his attorney,

April 1, 2026

/s/ Kurt S. Olson
Kurt S. Olson
NH Bar ID: 12518
Goulden Law Offices, PLLC
486 Union Ave.
Laconia, NH 03246
T: 603-748-1960
F: 978 681-6330

## PROOF OF SERVICE

I hereby certify that I served a copy of this Assented-to Motion to Continue by CM/ECF on this 1st day of April on all counsel or parties of record.

By: /s/ Kurt S. Olson
Kurt S. Olson