**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 25-cr-00050-SM** |
| | **:** | |
| **XIAO YU,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**<u>Response to Motion to Continue and Request for a Status Hearing</u>**

The United States of America does not oppose a continuance. The government, however, requests clarification regarding the status of Yu's counsel.

At present, attorney Kurt Olson has filed a notice of appearance as Yu's counsel. In February 2026, attorney Monique Olson advised the government that she planned to assume Yu's representation because Mr. Olson had been suspended from the New Hampshire Bar. Mrs. Olson, however, has not yet entered an appearance in the case. The government understands that Ms. Olson intends to seek admission to this Court but, as of yesterday afternoon, had not sought admission.

Yesterday, Mrs. Olson requested the government's position on a continuance and stated that Mr. Olson would file a motion to continue. The government informed Mrs. Olson that it could not discuss the case with her until she filed a notice of appearance. Mr. Olson then emailed the government requesting its position on a continuance.

The government requests a status hearing to clarify the nature of representation.

Respectfully submitted,

ERIN CREEGAN
UNITED STATES ATTORNEY

By:    /s/ Anna Z. Krasinski
ANNA Z. KRASINSKI
Assistant United States Attorney
New Hampshire Bar No. 276778
United States Attorney's Office
(603) 225-1552
anna.krasinski@usdoj.gov